UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

In re:  § 
SALVATORE, FRANK  §  Case No. 07-21783 ASD
 § 
 §  (CHAPTER 7)
 § 
 § 
Debtor(s).  § 
 § 

# REPORT OF SMALL/UNCLAIMED DIVIDENDS

# 274502

The undersigned trustee reports:

_____  The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

X    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: Feb. 23, 2011

Thomas C. Boscarino, Trustee
628 Hebron Avenue
Building Two, Suite 301
Glastonbury, CT  06033
(860) 659-5657

**EXHIBIT A**

Case Name:  SALVATORE, FRANK
Case Number: 07-21783

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| Frank Salvatore<br>301 Cat Tail Lane<br>Manchester, CT 06040 | Surplus | $1,209.72 | | $1,209.72 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $         0.00 | $1,209.72 |